IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>$35,140.00 IN U.S. CURRENCY,<br>MORE OR LESS,<br><br>    Defendant. | Civil No. 4:21-cv-00229<br><br>VERIFIED COMPLAINT FOR<br>FORFEITURE *IN REM* |

Plaintiff, United States of America hereby files and serves this VERIFIED COMPLAINT IN REM and alleges as follows:

## I.   NATURE OF THE ACTION

1.   This is an action to forfeit and condemn specific property to the use and benefit of the United States of America ("Plaintiff") due to its involvement in violations of 21 U.S.C. § 846 (attempt and conspiracy) and § 841(a)(1)(prohibited acts).

2.   The United States believes the Defendant $35,140.00, more or less, is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6), as money or a thing of value furnished or intended to be furnished by a person in exchange for a controlled substance, in violation of subchapter I – Control and Enforcement, of Chapter 13 – Drug Abuse Prevention and Control, and Title 21 – Food and Drugs, of the United States Code, and proceeds traceable to such an exchange, and money used or intended to be used to facilitate any violation of said subchapter.

## II. DEFENDANT *IN REM*

3. The Defendant property is generally described as approximately $35,140.00 in U.S. currency seized on May 3, 2021, in Des Moines, Iowa.

4. The Defendant property is in the custody of the Department of Homeland Security, specifically, Custom and Border Protection (CBP).

## III. JURISDICTION, VENUE, AND PROCEDURAL AUTHORITY

5. This Court has jurisdiction over an action commenced by the United States as Plaintiff, pursuant to 28 U.S.C. § 1345.

6. This Court has original jurisdiction over this action for the recovery or enforcement of a fine, penalty, or forfeiture incurred under an Act of Congress, pursuant to 28 U.S.C. § 1355(a).

7. This Court also has jurisdiction over this action because acts or omissions giving rise to this civil forfeiture occurred in the Southern District of Iowa, therefore, this action may be brought in this District, pursuant to 28 U.S.C. § 1355(b)(1)(A).

8. Venue is proper in this District because this is a civil proceeding for the recovery of a pecuniary fine, penalty, or forfeiture, and is being prosecuted in the District where the action accrues and where the Defendant property is found, as authorized by 28 U.S.C. § 1395(a) and (b).

9. Venue is also generally proper in this District under 28 U.S.C. § 1391(b)(2) because it is where "a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of

the action is situated."

10. The general rules for civil forfeiture proceedings are set forth in 18 U.S.C. § 983.

## IV. FACTS

11. It is believed that, or will be after a reasonable opportunity for further investigation and discovery, evidence will show the Defendant property constitutes money furnished or intended to be furnished in exchange for a controlled substance, in violation of 21 U.S.C., Subchapter I.

12. The Defendant property was seized in Des Moines, Iowa on May 3, 2021.

13. On April 30, 2021, at approximately 1700 hours, a Mid Iowa Narcotics Enforcement Task Force (hereafter MINE TF) Detective was contacted by a West Des Moines Police Officer regarding a suspicious package at the UPS Store, located at 3775 EP True Parkway, West Des Moines, Polk County, Iowa 50265.

14. The police officer stated that a Hispanic female in her 20's had brought into the UPS Store a box that she claimed contained clothing and cups.

15. The female customer stated she wanted to send the package to California via "Next Day Air." She completed the transaction with store employees and departed.

16. The UPS store employees reported the package was not properly secured, and they could see a large amount of United States currency, in addition to the manifested items.

17. Per UPS corporate policy, the store employees opened the package,

confirmed that the package contained United States currency that was not declared on the manifest and notified the West Des Moines Police Department.

18. The package and contents were seized by the police officer and a MINE task force officer.

19. The package was secured in the West Des Moines Police Department property locker for further investigation.

20. The package contained a UPS "Next Day Air" shipping label bearing tracking number 1Z2R8E264440562547.

21. The consigner (addressor) on the package was listed as Aurora SALCIDO with a telephone number of (951) ***-****. The consigner's address on the package was the UPS Store, #2528, 3775 EP True Parkway, West Des Moines, Iowa, 50265-7696.

22. The consignee (addressee) on the package was listed as Peter SALCIDO at an address in Perris, California, 92571-4107. The label listed that the package weighed eleven (11) pounds and the label was created on "30 APR 2021."

23. On May 3, 2021, at approximately 1315 hours, a MINE task force officer made contact with the UPS store owner. He stated that an individual identifying himself as "Pedro" had called the store multiple times to inquire about the package. The owner provided a telephone number for "Pedro."

24. On May 3, 2021, at approximately 1340 hours, a MINE task force officer made contact with "Pedro" via phone.

25. The task force officer identified himself and stated that he worked for

the West Des Moines Police Department. He asked to speak with Peter and "Pedro" stated that he was "Peter." Pedro stated that his sister was Aurora SALCIDO and that she referred to him as "Peter."

26. Pedro was subsequently identified as Pedro SALCIDO (DOB 11/\*\*/1989).

27. Pedro was informed that a package intended for him had been identified as suspicious and was opened by UPS employees revealing a large amount of undisclosed United States currency.

28. Pedro stated that the address on the shipping label in Perris, California was his actual address.

29. Pedro was initially hesitant to discuss the package or its contents, but eventually admitted that the package was intended for an unknown Hispanic male, whom Pedro had recently met at a party. The unknown Hispanic male, after learning of Pedro's financial troubles, told him that he would pay Pedro $2,000 (USD) to have a package shipped from Des Moines, Iowa to Pedro's address in California.

30. The unknown Hispanic male advised Pedro of a phone number to text upon receipt of the package and someone would pick up the package at Pedro's residence.

31. Pedro stated that he knew money was being shipped in the package but was not aware of the amount nor the source of the money.

32. Pedro stated that he suspected the money was from the sale of illegal narcotics. Pedro stated that he had no claim to the currency as it was intended for

someone else.

33. Based on training and investigative experience, law enforcement knows part of the phone number provided to "Pedro" to text the source of the money was the international country code for Mexico and must be added to a telephone number in order to successfully complete a voice call or text message with the international telephone number.

34. Mexico is known to be a source nation that has numerous drug dealers who import controlled substances to the United States and employ people to transport illegal drugs and proceeds from illegal drug sales for them.

35. On May 3, 2021, at approximately 1430 hours, a Polk County Sheriff's Office canine (K-9) deputy and his properly trained canine (K-9) partner conducted a free air sniff of an area, which included the United States currency and the brown cardboard package bearing UPS tracking number 1Z2R8E264440562547.

36. The package was placed in an open office area and the canine (K-9) was deployed in the office area. The canine (K-9) indicated a positive alert for narcotics on the package containing the United States currency.

37. On May 3, 2021, following the canine (K-9) alert, law enforcement officers opened the package and noted that the United States currency was sealed in three layers of black heat-sealed packaging.

38. Drug-dealers often package money associated with their illegal activities, as well as illegal controlled substances, in sealed plastic packaging, in an effort to try and prevent the odor of drugs lingering on such things from being

detected by others.

39.  Upon opening the heat-sealed packaging, the law enforcement officer located four (4) large bundles of United States currency secured with rubber bands. Each of the four (4) bundles contained multiple smaller bundles of United States currency secured with smaller rubber bands.

40.  The United States currency was mechanically counted by a money counter with the total amount being $35,140 (USD).

41.  On May 5, 2021, law enforcement officers attempted to locate the female customer at her last known residence in West Des Moines, Iowa. They were advised by a male relative of hers that she was currently working, but the male relative would give her a message to call.

42.  On May 6, 2021, law enforcement received a phone call from the female customer. The officer identified himself as a police officer and stated that he would like to discuss the package that she had sent to "Peter."

43.  She identified "Peter" as her brother, "Pedro," and said she refers to him as "Peter."

44.  She stated that Pedro made contact with her on April 29, 2021, regarding a package that he needed sent overnight to him in California. She stated that Pedro told her the package contained clothes and cups. She stated that when she returned home from work on April 29, 2021, at approximately 2100 hours the sealed package was setting on her front porch.

45.  Pedro had never asked her to send him any other packages in this

manner.

46. She stated that she was unaware that the package contained United States currency and was not receiving any compensation to send the package.

47. She stated that she does not have ownership of the money, nor does she know who owns the currency.

48. On May 4, 2021, Homeland Security Investigations (HSI) Special Agent John Barfels was contacted by MINE TF Detective Feeley regarding the possibility of conducting a federal seizure and forfeiture of the United States currency.

49. On May 12, 2021, HSI Special Agent Barfels and Special Agent William Coder picked up the United States currency at the MINE TF, 2309 Euclid Avenue, Des Moines, Iowa. The United States currency was transported to the HSI Des Moines office where it was recounted by hand and confirmed to be $35,140 (USD).

50. The United States currency was administratively seized, converted to a cashier's check, and sent to the Customs and Border Protection (CBP) evidence vault in Minneapolis, Minnesota.

## V. COUNT ONE
(FORFEITURE UNDER 21 U.S.C. ' 881(a)(6))

51. Plaintiff repeats and realleges each and every allegation set forth above.

52. The government believes the facts pled above prove, by a preponderance of the evidence, that the Defendant property constitutes moneys or other things of value furnished or intended to be furnished in exchange for a controlled substance, were proceeds of, and/or were used or intended to be used to facilitate one or more violations of 21 U.S.C. § 841 and § 846 et seq.

53. As a result of the foregoing, the Defendant property is liable to condemnation and to forfeiture to the United States for its use, in accordance with 21 U.S.C. § 881(a)(6).

### CLAIM FOR RELIEF

WHEREFORE, the United States prays that the Defendant property be forfeited to the United States and that it be awarded its costs and disbursements in this action and for such other and further relief as the Court deems proper and just.

Respectfully Submitted,

Richard D. Westphal
Acting United States Attorney

By: /s/ Craig Peyton Gaumer
Craig Peyton Gaumer
Assistant United States Attorney
U. S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: craig.gaumer@usdoj.gov

## VERIFICATION

I, John C. Barfels, hereby verify and declare under penalty of perjury that I am a Special Agent with Homeland Security Investigations, U.S. Immigration and Customs Enforcement, and that I have read the foregoing Verified Complaint and know the contents thereof and the matters contained in the Verified Complaint are true to my own knowledge, except for those matters not within my own personal knowledge and as to those matters, I believe them to be true.

The sources of my knowledge and information and the grounds for my belief are the official files and records of the United States and other law enforcement agencies working in this matter, including information provided to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent with the Department of Homeland Security.

Dated: July 27th, 2021.

_____
John C. Barfels, Special Agent
Homeland Security Investigations
U.S. Immigration and Customs Enforcement